No. 77–5734. BARBOSA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–5736. RICCARDI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5744. BUSTAMANTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77–5751. McMILLIAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–5754. COZAD v. JOHNSON, DIRECTOR, U. S. INDIAN HEALTH SERVICE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–5763. LIPINSKI v. NEW YORK. C. A. 2d Cir. Certiorari denied. 

No. 77–5772. HODGES v. LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 77–5774. VELLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 77–5789. LAMBROS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–5790. GREEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 77–5797. LEJA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–5801. FRIVALDO v. CLELAND, ADMINISTRATOR, VETERANS' AFFAIRS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–5804. SIMMONS ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–5806. WEAVER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.